IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
MAR 18 2020
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORY JOSEPH PAULSON,

Defendant.

CR 18–35–BLG–DLC–1

ORDER

The United States moves the Court for a final order of forfeiture. (Doc. 111.) After reviewing the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853;

2. On May 31, 2018, Defendant Gregory Joseph Paulson ("Paulson") entered a plea of guilty to count I of the indictment (Doc. 1), which charged him with conspiracy to distribute and to possess with the intent to distribute methamphetamine;

3. Paulson, pursuant to his plea, agreed not to contest, or assist others in contesting, the forfeiture of property sought in indictment;

4. The United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

5. Beginning on July 11, 2019 and ending on August 9, 2019, the United States published on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the United States' intent to dispose of the following property in accordance with federal law, under 21 U.S.C. § 853(n)(1): $5,000 in United States currency;

6. No claims have been made in this case regarding the property and the United States is not aware that any such claims have been made.

Accordingly, IT IS ORDERED that the motion (Doc. 111) is GRANTED. IT IS FURTHER ORDERED that:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this Order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this Order to the United States Marshal.

DATED this 18th day of March, 2020.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court